# COMMONWEALTH OF VIRGINIA



LYNCHBURG CIRCUIT COURT
Civil Division
900 COURT STREET P. O. BOX 4
LYNCHBURG VA 24505
(434) 455-2620

Summons

To: AARONS LLC
T/A/D/B/A AARON'S
CORP. SERVICE CO.
100 SHOCKOE SLIP, 2ND FL
RICHMOND VA 23219-4100

Case No. 680CL22000047-00

The party upon whom this summons and the attached complaint are served is hereby notified that unless within 21 days after such service, response is made by filing in the clerk's office of this court a pleading in writing, in proper legal form, the allegations and charges may be taken as admitted and the court may enter an order, judgment, or decree against such party either by default or after hearing evidence.

Appearance in person is not required by this summons.

Done in the name of the Commonwealth of Virginia on, Friday, January 21, 2022

Clerk of Court: TODD SWISHER

by _____/s/ Manio_____
(CLERK/DEPUTY CLERK)

Instructions:

Hearing Official:

Attorney's name: SANZONE, JOSEPH A
SANZONE & BAKER
PO BOX 1078
LYNCHBURG VA 24505

VIRGINIA: IN THE CIRCUIT COURT OF THE CITY OF LYNCHBURG

MISTY ZVOLENSKY )
)
           Plaintiff, )
)
v. ) COMPLAINT
)
AARONS INC. ) CL22-47
TRADING AND DOING AS )
AARON'S )
  5515 Fort Ave )
  Lynchburg, VA 24502 )
Serve Registered Agent: )
  Corporation Service Company )
  100 Shockoe Slip, Fl 2 )
  Richmond, VA 23219-4100 )
)
and )
)
AARON'S LLC )
TRADING AND DOING BUSINESS AS )
AARON'S )
  5515 Fort Ave )
  Lynchburg, VA 24502 )
Serve Registered Agent: )
  Corporation Service Company )
  100 Shockoe Slip, Fl 2 )
  Richmond, VA 23219-4100 )
)
and )
)
JOHN DOE )
)
          Defendants. )

Plaintiff, Misty Zvolensky, in support of her Complaint states and alleges as follows:

(1)    The plaintiff at all times pertinent to this action was a resident of the City of Lynchburg, Virginia; and

1

(2) The defendant, Aaron's Inc. trading and doing business as Aaron's, is a foreign corporation having as its registered agent, Corporation Service Company, 100 Shockoe Slip, Fl 2, Richmond, VA 23219-4100; and

(3) The defendant, Aaron's LLC, trading and doing business as Aaron's is the owner of property located at 5515 Fort Ave, Lynchburg, VA, is a foreign corporation having as its registered agent, Corporation Service Company, 100 Shockoe Slip, Fl 2, Richmond, VA 23219-4100: and

(4) The defendant, AARON'S LLC., trading and doing business as AARON'S, is the owner of property located at 5515 Fort Ave, Lynchburg, VA, is a foreign corporation having as its registered agent, Corporation Service Company, 100 Shockoe Slip, Fl 2, Richmond, VA 23219-4100: and

(5) The defendant, John Doe is an employee of the other Defendants, and at all times herein was working within the scope of his employment, and;

(6) On or about January 31, 2020, the defendants AARON'S INC., AARON'S LLC, were operating its business at 5155 Fort Ave, Lynchburg, Virginia; and

(7) As the owner and operator of the rental inventory located at 5155 Fort Ave, Lynchburg, Virginia, the defendants, and the defendant's agents and employees had a duty to maintain the inventory in a reasonably safe condition; to operate all store equipment in a safe manner; to make reasonable inspections to determine whether any unsafe conditions existed; and to warn the public of any such unsafe conditions known to it, its agents and employees.

(8) Notwithstanding said duties, the defendants, defendant's agents and defendant's employees, allowed the unsafe equipment to remain in plaintiff's home,

although the defendants, defendant's agents and defendant's employees, knew, or in the exercise of reasonable care should have known, that said unsafe condition existed.

(9) At said time and place, the plaintiff, a customer, had Aaron's employees out a number of times to correct problem with their equipment and was told that it was fixed. As a direct and proximate result of defendants' negligence as aforesaid, the plaintiff was injured when she was struck by the equipment falling on her knee and leg which caused the plaintiff to sustain severe and violent injuries.

(10) The defendants were negligent in that their employees, agents, and servants, while acting as agents, employees and/or servants of the defendants, acted in a careless, reckless and dangerous manner.

(11) As a direct and proximate result of defendants' negligence, as herein stated, plaintiff was caused to sustain serious and permanent injuries, was prevented from transacting her business, suffered great pain of body and mind, sustained permanent disability, deformity and incurred hospital, doctors, and related bills in an effort to be cured of said injuries.

WHEREFORE, plaintiff demands judgment against the defendants in the sum of $500,000.00, for compensatory damages, with attorney's costs and fees in this matter expended.

A trial by jury is demanded.

MISY ZVOLENSKY

BY _/s/ Joseph A. Sanzone_
JOSEPH A. SANZONE
Counsel for Misty Zvoklensky

]

3

Joseph A. Sanzone
Virginia State Bar Number 20577
Sanzone & Baker, P.C.
1106 Commerce Street
P.O. Box 1078
Lynchburg, Virginia
Tel: (434) 846-4691
Fax: (800)927-1565
valaw@sanzoneandbaker.com